IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS THOMAJCIK,

                                                    OPINION AND ORDER

                Plaintiff,

                                                 19-cv-85-bbc

      v.

KARL HOFFMAN AND BRET REYNOLDS,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Thomas Thomajcik is proceeding on Eighth Amendment deliberate indifference claims that defendants Karl Hoffman and Bret Reynolds prescribed him medication that they knew or should have known would cause him harm, given his medical history and the medications he was taking. (I have amended the caption to reflect defendants' full names.) On April 24, 2020, defendants filed a motion for summary judgment. Dkt. #22. Plaintiff had until May 26, 2020 to file his response to defendants' motion, but he has failed to do so. His failure to respond suggests that he may have lost interest in pursuing his case and no longer intends to prosecute it. Therefore, I will give plaintiff one last opportunity to submit a substantive response to defendants' motion for summary judgment. If he fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for plaintiff's failure to prosecute.

ORDER

IT IS ORDERED that plaintiff Thomas Thomajcik may have until June 19, 2020 to file a response to defendants' motion for summary judgment.  If plaintiff does not respond by that date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for his failure to prosecute it.

Entered this 9th day of June, 2020.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge