IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS THOMAJCIK,

                     Plaintiff,

    v.

KARL HOFFMAN AND BRET REYNOLDS,

                     Defendants.

ORDER

19-cv-85-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Thomas Thomajcik's response to defendants' motion for summary judgment was due on May 26, 2020. Because plaintiff did not file a response by that deadline, I gave him until June 19, 2020 to submit a response and warned him that if he failed to respond by the new deadline, I would dismiss his case with prejudice under Federal Rule of Civil Procedure 41 for his failure to prosecute. Dkt. #28. The deadline has passed, and the court has received nothing from plaintiff. Accordingly, I am dismissing this case with prejudice for plaintiff's failure to prosecute. James v. McDonald's Corp., 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

ORDER

IT IS ORDERED that plaintiff Thomas Thomajcik's claims are DISMISSED WITH PREJUDICE for his failure to prosecute them. The clerk of court is directed to enter judgment in favor of defendants Karl Hoffman and Bret Reynolds and close this case.

1

Entered this 23rd day of June, 2020.

                              BY THE COURT:

                              /s/

                              _____
                              BARBARA B. CRABB
                              District Judge